Richard G. WENTWORTH, Vultron, Inc. and Transign, Inc., Plaintiffs-Appellees Cross-Appellants,

v.

GULTON INDUSTRIES, INC., Defendant-Appellant Cross-Appellee.

No. 82–1475.

United States Court of Appeals, Fifth Circuit.

Jan. 20, 1984.

Richards, Harris & Medlock, Roger C. Clapp, Dallas, Tex., Darby & Darby, Morris Relson, William E. Pelton, New York City, for defendant-appellant cross-appellee.

Reising, Ethington, Barnard, Perry & Milton, Owen E. Perry, Paul J. Ethington, Troy, Mich., for plaintiffs-appellees cross-appellants.

Before BROWN, REAVLEY, and WILLIAMS, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the grounds and for the reasons given in that court's opinion at —— F.Supp. ——.

AFFIRMED.